| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BROOKS, SIDNEY B. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT | 3. Date of Report<br><br>09/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. BANKRUPTCY COURT<br>721 19TH STREET<br>DENVER CO 80202-2508 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #3 |
| 2. | TRUSTEE | TRUST #1 |
| 3. | ADVISOR | WORLD BANK INSOLVENCY INSTITUTE |
| 4. | ADVISOR | U.S. RUSSIA FOUNDATION |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | Management fees asTrustee for ▨ Trust #1 | $5,000.00 |
| 2. VARIOUS | Distribution from Rollover IRA Account | $26,367.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. RUSSIA FOUNDATION | MAY 7-17, 2011 | MOSCOW & RYAZAN, RUSSIA | CONSUMER/PERSONAL BANKRUPTCY LAW JUDICIAL TRAINING PROGRAM | TRANSPORTATION, LODGING AND MEALS |
| 2. | US RUSSIA FOUNDATION | JULY 26-29,2011 | PEORIA, ILLINOIS | BOARD MEETING OF FOUNDATION | TRANSPORTATION, LODGING AND MEALS |
| 3. | US RUSSIA FOUNDATION | NOVEMBER 14-16, 2011 | NEW YORK, NY | RUSSIAN JUDICIAL TRAINING PROGRAM | TRANSPORTATION AND LODGING |
| 4. | US RUSSIA FOUNDATION | NOVEMBER 17-18, 2011 | WASHINGTON, DC | WORLD BANK INSOLVENCY CONFERENCE | TRANSPORTATION AND LODGING |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BROOKS, SIDNEY B.** | 09/07/2012 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ENT CU Checking account | A | Interest | J | T | | | | | |
| 2.  JP Morgan Chase Bank accounts | A | Interest | J | T | | | | | |
| 3.  5.44% Colfax LLC, Denver, CO | B | Rent | J | W | | | | | |
| 4.  Rental property #1 Silverthorne, CO 33.33% | B | Rent | L | W | Donated (part) | | | | |
| 5.  8.3% Interest real property, Frisco, CO | | None | K | W | | | | | |
| 6.  .521% Interest Broadway LLC, Denver, CO | A | Rent | J | W | | | | | |
| 7.  5.99% Interest Melbro, Denver, CO | | None | J | W | | | | | |
| 8.  Rental property #2, Denver, CO | D | Rent | N | W | | | | | |
| 9.  Trust #1: Trustee: Fid: American Inv Co of Am. Fund F2 | | None | M | T | | | | | |
| 10.  Trust #1: Trustee: Fid: American Inv Co of Am Fund Cl. A | | None | M | T | Buy (add'l) | 9/19/11 | J | | |
| 11.  F    Trust #1: Trustee: Key Bank Account | | None | M | T | | | | | |
| 12.  Trust #1: Trustee: Fid: American Wash Mutual Inves F2 | | None | M | T | Buy (add'l) | 12/19/11 | J | | |
| 13.  y Trust #1: Trustee: Fidelity: Mutual Series Fund CLA | | None | M | T | Buy (add'l) | 12/20/11 | J | | |
| 14.  Trust #1: Trustee: Fidelity: American Balanced | | None | O | T | Buy (add'l) | 9/14/11 | J | | |
| 15.  Trust #1: Trustee: Fidelity: Berkshire Hathaway | | None | O | T | | | | | |
| 16.  Trust #1: Trustee: 50% Int real property, Frisco, CO | | None | M | W | | | | | |
| 17.  Trust #1: Trustee: 3.125% Int Brod LLC, Denver, CO | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Trust #3: Trustee: Fid: American Wash Mutual Investors A | None | | M | T | Buy (add'l) | 12/19/11 | J | | |
| 19.   Trust #3: Trustee: 8.33% Int real property, Frisco,CO | None | | K | W | | | | | |
| 20.   Trust #3: Trustee: .521% Int Broadway LLC, Denver, CO | None | | J | W | | | | | |
| 21.   Trust #1:Trustee: Fid :Fin Corp CPN FICO Strips 3/12 | None | | K | T | Buy (add'l) | 12/31/11 | J | | |
| 22.   y Trust#1:Trustee:Fid:a Fed Nat Mtg Assn Debs coup 5/16 | None | | M | T | | | | | |
| 23.   Trust #1:Trustee:Fid: Fed Home Loan Mtg Corp 3/18 | None | | K | T | | | | | |
| 24.   Trust #1: Trustee:Fid: Fin Corp CPN FICO Strip 6/18 | None | | J | T | | | | | |
| 25.   Trust #1:Trustee:Fid: Fin Corp CPN FICO Strips 12/18 | None | | J | T | | | | | |
| 26.   Trust #1:Trustee: Fid: Fed Jud Off Bldg TR Zero 2/19 | None | | K | T | | | | | |
| 27.   Trust #1:Trustee:Fid: Fed Home Ln Mtg Corp CPN 3/19 | None | | J | T | | | | | |
| 28.   Trust #1:Trustee:Fid: Natl Mtg Deb Gen Int Pmt7/19 | None | | J | T | | | | | |
| 29.   Trst#1:Trustee:Fid: Res. Fdg Corp Fed Bk Ent CPN 7/19 | None | | J | T | | | | | |
| 30.   Trst #1:Trustee:Fid: Res FDG Corp Ser B Int Pmt 10/20 | None | | J | T | | | | | |
| 31.   Trust #1:Trustee:Fid: Tenn Vy Fed Bk Entry Gen 11/20 | None | | L | T | | | | | |
| 32.   Trst #1:Trustee: Fid: Stnt Ln Mktg Asn Zero CPN 10/22 | None | | J | T | | | | | |
| 33.   Trust #3:Trustee:Fid: Fin Corp CPN FICO Strips 6/12 | None | | M | T | | | | | |
| 34.   Trust #1:Trustee:Fid: Metro Pier & Expo12/11 | None | | | | Matured | 12/15/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▨ Trust #1:Trustee: Fid: Modesto CA HSD 8/12 | | None | K | T | | | | | |
| 36. ▨ Trust #1:Trustee: Fid: San Leandro CA USD G/O 8/12 | | None | M | T | | | | | |
| 37. ▨ Trst #1:Trustee:Fid: Sunrise FLA Util Sysr RFD6 10/12 | | None | K | T | | | | | |
| 38. ▨ Trust #1:Trustee: Fid: Las Virgenes CA USD 11/12 | | None | J | T | | | | | |
| 39. Fidelity IRA Acct: Berkshire Hathaway CLB | A | Dividend | K | T | Sold (part) | 11/09/11 | K | D | |
| 40. Fidelity Municipal Money Market | A | Dividend | | | Sold | 02/10/11 | J | A | |
| 41. Fidelity IRA Acct: Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 42. ▨ Trust #1: Trustee: Fidelity: Municipal Money Mrkt | | None | O | T | | | | | |
| 43. ▨ : Wells Fargo Bank Acct | A | Interest | M | T | | | | | |
| 44. ▨ Trust #3: Trustee: Wells Fargo Frkln Incm Fd Cls C | | None | J | T | | | | | |
| 45. ▨ Trust #3: Trustee: Wells Fargo Cash Fund | | None | J | T | | | | | |
| 46. ▨ Trust #3; Trustee Fid: Fid Mun Mny Fd | | None | K | T | | | | | |
| 47. ▨ Trust #3: Trustee: Fid: Fid: Fairholm Fd | | None | K | T | Buy (add'l) | 12/16/11 | J | | |
| 48. ▨ Trust #3: Trustee Fid: 1st Eagle GLB CLA | | None | L | T | Buy (add'l) | 12/14/11 | J | | |
| 49. ▨ Trust #1 Trustee: Fid: Central Erp & Rus. FD | | None | L | T | Buy (add'l) | 1/28/11 | J | | |
| 50. ▨ Trust #1 Trustee Fid: Petro and Res. Corp | | None | M | T | Buy (add'l) | 12/27/11 | J | | |
| 51. ▨ Trust #1:Trustee Fid: Wesco Finl. Corp | | None | | | Sold | 6/28/11 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.     Trust #3: Trustee Fid: Dodge and Cox Int Stk Fund | | None | K | T | Buy (add'l) | 12/20/11 | J | | |
| 53. Fid:Central Europe & Russia Fd | A | Dividend | | | Sold | 02/07/11 | J | A | |
| 54.     Trust #1: Trustee Fid:Florida PW & LT 2/13 | | None | K | T | | | | | |
| 55.     Trust 1: Trustee Fid:Seariver Maritime 9/12 | | None | M | T | | | | | |
| 56.     Trust 1: Trustee Fid:Am Cap Inc. Builders CL F2 | | None | M | T | | | | | |
| 57.     Trust 1: Trustee Fid: Swiss Helvetia FD | | None | L | T | Buy (add'l) | 8/30/11 | J | | |
| 58.     Trust1: Trustee Fid:T Rowe Price Int. Bond | | None | M | T | Buy (add'l) | 12/30/11 | J | | |
| 59.     Trust 1: Trustee Fid: Franklin Utilities Adv | | None | L | T | Buy (add'l) | 12/5/11 | J | | |
| 60. Fid IRA St Joes Com. | A | Dividend | | | Sold | 08/08/11 | J | A | |
| 61.     Trust #1 Trustee Fid: Fairholme Fund | | None | L | T | Buy (add'l) | 12/15/11 | J | | |
| 62.     Trust #1: Trustee Fid: W/M Wrigley Jr Co Notes 7/15 | | None | L | T | | | | | |
| 63.     Trust #1: Trustee Fid: Bank of the West Acount | | None | N | T | | | | | |
| 64.     Trust #1 Trustee 14.06% Interest Bannock St Den | | None | M | W | | | | | |
| 65. Fidelity IRA Petro & Res Corp | A | Dividend | K | T | Sold (part) | 01/06/11 | J | A | |
| 66.     IRA: Morgan Stanley Money Market | A | Dividend | J | T | | | | | |
| 67.     IRA: Morgan Stanley CEO | A | Dividend | | | Sold | 5/20/11 | J | A | |
| 68.     IRA: Morgan Stanley DBOEY | A | Dividend | | | Sold | 7/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA: Morgan Stanley EXPGY | A | Dividend | J | T | Sold (part) | 5/26/11 | J | A | |
| 70. IRA: Morgan Stanley GVDNY | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 71. IRA: Morgan Stanley JUPIY | A | Dividend | J | T | Buy (add'l) | 9/28/11 | J | | |
| 72. IRA: Morgan Stanley AHONY | A | Dividend | J | T | | | | | |
| 73. IRA: Morgan Stanley NSRGY | A | Dividend | J | T | Sold (part) | 2/15/11 | J | A | |
| 74. IRA: Morgan Stanley NVO | A | Dividend | J | T | Sold (part) | 3/23/11 | J | A | |
| 75. IRA: Morgan Stanley RIO | A | Dividend | J | T | | | | | |
| 76. IRA: Morgan Stanley RHHBY | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 77. IRA: Morgan Stanley SBGSY | A | Dividend | J | T | Buy (add'l) | 9/16/11 | J | | |
| 78. IRA: Morgan Stanley SQM | A | Dividend | J | T | Sold (part) | 5/20/11 | J | A | |
| 79. IRA: Morgan Stanley UN | A | Dividend | J | T | Sold (part) | 11/21/11 | J | A | |
| 80. IRA: Morgan Stanley VWO | A | Dividend | K | T | Buy (add'l) | 11/16/11 | J | | |
| 81. IRA: Morgan Stanley VOD | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 82. IRA: Morgan Stanley ALMAX | A | Dividend | K | T | | | | | |
| 83. IRA: Morgan Stanley BPRAX | A | Dividend | K | T | Buy (add'l) | 6/2/11 | J | | |
| 84. IRA: Morgan Stanley IGNAX | A | Dividend | K | T | | | | | |
| 85. IRA: Morgan Stanley HSKAX | A | Dividend | K | T | Buy (add'l) | 11/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  IRA: Morgan Stanley JLCAX | A | Dividend | L | T | | | | | |
| 87.  IRA: Morgan Stanley LIGRX | A | Dividend | M | T | Buy (add'l) | 01/06/11 | J | | |
| 88.  IRA: Morgan Stanley FMS | A | Dividend | J | T | Buy (add'l) | 11/8/11 | J | | |
| 89.  IRA: Morgan Stanley LNEGY | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 90.  IRS: Morgan Stanley NVS | A | Dividend | J | T | Buy (add'l) | 12/20/11 | J | | |
| 91.  IRA: Morgan Stanley RUK | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 92.  IRA: Morgan Stanley SGSOY | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 93.  IRA: Morgan Stanley SDXAY | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 94.  IRA: Morgan Stanley TSCDY | A | Dividend | J | T | Buy (add'l) | 11/16/11 | J | | |
| 95.  IRA: Morgan Stanley WSH | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 96.  Acct: Morgan Stanley AWPAX (X) | A | Dividend | J | T | | | | | |
| 97.  l Acct: Morgan Stanley SLVAX (X) | A | Dividend | J | T | | | | | |
| 98.  Acct: Morgan Stanley DEVLX | A | Dividend | J | T | Buy | 8/19/11 | J | | |
| 99.  Acct: Morgan Stanley WLGAX (X) | A | Dividend | J | T | | | | | |
| 100.  Acct: Morgan Stanley JAMCX (X) | A | Dividend | J | T | | | | | |
| 101.  Acct: Morgan Stanley NMBAX (X) | A | Dividend | J | T | | | | | |
| 102.  Acct: Morgan Stanley FLTDX | A | Dividend | J | T | Buy | 8/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 09/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▢ Employer Retirement Vangaurd Target 2015 | A | Dividend | K | T | Buy | 3/31/11 | K | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BROOKS, SIDNEY B.** | 09/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 4- Two percentage interests of 33% each gifted to relatives

Line 10- In 2011 FID:American Inv CO of Am Fund Cl B converted to Cl A

Line 96 AWPAX purchased 12/8/08 Value Code J inadvertently omitted from earlier reports

Line 97 SLVAX purchased 7/28/09 Value Code J inadvertently omitted from earlier reports

Line 99  WLGAX purchased 12/8/08 Value Code J inadvertently omitted from earlier reports

Line 100  JAMCX  purchased 12/8/08 Value Code J inadvertently omitted from earlier reports

Line 101 NMBAX  purchased 7/8/08 Value Code J inadvertently omitted from earlier reports

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SIDNEY B. BROOKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544